**Electronically Filed
Supreme Court
SCWC-17-0000512
30-JUL-2018
02:16 PM**

SCWC-17-0000512

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

SCARLETT A. TAYLOR, Petitioner/Plaintiff-Appellant,

vs.

THE KAHALA HOTEL INVESTORS, LLC, et al., OWNERS dba THE KAHALA
HOTEL AND RESORT; TRINITY KAHALA, LLC; SMH KAHALA, LLC;
GENERAL MANAGER, KAHALA HOTEL AND RESORT; SECURITY DIRECTOR,
KAHALA HOTEL AND RESORT, Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000512; CIV. NO. 13-1-0845)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Scarlett A. Taylor's application for writ of certiorari filed on June 29, 2018, is hereby dismissed.

DATED: Honolulu, Hawaiʻi, July 30, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

